# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160358-9(76)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SAUGATUCK DUNES COASTAL
ALLIANCE,
      Plaintiff-Appellant,

v

SAUGATUCK TOWNSHIP, SAUGATUCK
TOWNSHIP ZONING BOARD OF APPEALS,
and NORTH SHORES OF SAUGATUCK, LLC,
      Defendants-Appellees.
_____/

SC: 160358; 160359
COA: 342588; 346677
Allegan CC: 17-058936-AA;
    18-059598-AA

      On order of the Chief Justice, the motion of the Environmental Law & Policy Center and the National Trust for Historic Preservation in the United States to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 26, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2020



Clerk